**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

SANDRA P. ROGERS,

       Plaintiff,

vs.                                                                              Case No. CIV-04-216 JC/LFG

REGENTS OF THE UNIVERSITY
OF NEW MEXICO, and SUSAN SCOTT, M.D.,
in her individual capacity,

       Defendants.

**NOTICE OF NON-APPEARANCE**

COME NOW the Defendants, and specifically Elizabeth Staley, Esq., by and through their attorneys, Long, Pound & Komer, P.A., pursuant to Rule 30.2 of the Rules of the United States District Court for the District of New Mexico, and gives notice of non-appearance at the deposition of Elizabeth Staley noticed by Plaintiff for September 30, 2004.

This notice of non-appearance is accompanied by a motion for a protective order.

                                                       LONG, POUND & KOMER, P.A.
                                                       *Attorneys for Defendants*

                                                       *Electronically filed*
                                                       JOHN B. POUND
                                                       2200 Brothers Road
                                                       P. O. Box 5098
                                                       Santa Fe, NM  87502-5098
                                                       505-982-8405
                                                       505-982-8513 (FAX)

## CERTIFICATE OF SERVICE

  I hereby certify that on this 16th day of September, 2004, a true and correct copy of the foregoing Notice of Non-Appearance was mailed first class, postage prepaid, to the following counsel of record:

Christopher M. Moody
Repps D. Stanford
Moody & Warner, P. C.
4169 Montgomery Blvd. NE
Albuquerque, NM  87109

                *Electronically filed*
                JOHN B. POUND